| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Kane, Yvette | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/14/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>Federal Building<br>228 Walnut Street, 8th Floor<br>Harrisburg, PA 17108 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Board of Directors, Trout Unlimited, Cumberland Valley Chapter |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2008 MAY 15 P 2: 34 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐  NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | PA Bar Association | January 24-28, 2007 | Riviera Maya, Mexico | Midyear Meeting | Travel, Room, Meals |
| 2. | NY Intellectual Property Law Assoc. | March 23-24, 2007 | New York, NY | Annual Dinner | Room, Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kane, Yvette | 05/14/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | John R. McGinley, Jr. | Jewelry, Personal Gifts | $ 36,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kane, Yvette | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Commonwealth of Pennsylvania Deferred Compensation Pgm. | | None | | | Redeem | 11/20 | K | E | |
| 2. Donaldson, Lufkin, Jenrette IRA | | None | | | Redeem | 11/07 | K | B | |
| 3. Pershing LLC IRA/ Invest Financial Corp | E | Dividend | | | Buy | 11/07 | K | | |
| 4. -Alliance Bernstein Global Tech B | | | J | T | Buy | 11/07 | J | | |
| 5. -DWS Value Builder Fund Class A | | | J | T | Buy | 11/07 | J | | |
| 6. -Oppenheimer Capital Appreciation Class A | | | J | T | Buy | 11/07 | J | | |
| 7. -Oppenheimer Main Street Fund Class A | | | J | T | Buy | 11/07 | J | | |
| 8. -Putnam Europe Equity Fund Class B | | | J | T | Buy | 11/07 | J | | |
| 9. -U.S. Dollars Currency | | | J | T | Buy | 11/07 | J | | |
| 10. PA State Employees Credit Union (PSECU) Account | A | Interest | K | T | | | | | |
| 11. PA Tuition Account Program | B | Dividend | K | T | Redeem/Part. | 8/13 | J | B | |
| 12. Commerce Bank Checking | A | Interest | J | T | Open | 12/13 | J | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kane, Yvette | 05/14/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

CHAMBERS OF
YVETTE KANE
CHIEF JUDGE

FEDERAL BUILDING & U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 11817
HARRISBURG, PA 17108-1817

June 9, 2008

Honorable Ortrie D. Smith
United States District Court
8552 Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

FINANCIAL DISCLOSURE OFFICE
2008 JUN 10 A 11: 03
RECEIVED

Dear Chairman Smith:

Please accept this letter as an amendment to my Annual Report dated May 14, 2008. Both amendments relate to the donor John R. McGinley. During 2007 Mr. McGinley and I exchanged many gifts. He has assisted me with a more detailed accounting of those gifts and has reminded me of two instances of travel that should be reported.

Part IV addressing Reimbursements should be amended to add the following travel, with John R. McGinley listed as the Source:

May 25-28 --Boston, Mass.--Attend wedding--Airline travel, Accommodations, Meals
July 5-8--Wolfville, Nova Scotia--Vacation trip--Ferry travel, Accommodations, Meals

Part V of my report should be amended to itemize gifts from John R. McGinley as follows:

520 Household Items
514 Stationary cycle
800 Recreation (Golf, Fishing, Concert)
1216 Clothing
8895 Jewelry
9100 Payoff of auto loan
17,500 (interest in automobile)

The last item involving the automobile is unresolved. Mr. McGinley and I purchased a vehicle together, but as I am now enjoying exclusive use and possession of this vehicle, I am treating it as a very generous gift and have listed it in Part V.

Thank you for the opportunity to supplement my report.

Sincerely,

Yvette Kane, Chief Judge
United States District Court

Enclosure